# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ERIC O'KEEFE and
WISCONSIN CLUB FOR GROWTH, Inc.,

        Plaintiffs,

-vs-

FRANCIS SCHMITZ, in his official and personal capacities,

JOHN CHISHOLM, in his official and personal capacities,

BRUCE LANDGRAF, in his official and personal capacities,

DAVID ROBLES, in his official and personal capacities,

DEAN NICKEL, in his official and personal capacities, and

GREGORY PETERSON, in his official capacity,

        Defendants.

Case No. 14-C-139

# DECISION AND ORDER

This matter comes before the Court on a motion to intervene and unseal filed by the Reporters Committee for Freedom of the Press, American Society of News Editors, Wisconsin Broadcasters Association, Wisconsin Freedom of Information Council, and Wisconsin Newspaper Association (collectively, the "Coalition").

To date, the Court has granted the various motions to seal in this case out of

deference to the secrecy order in the state-court John Doe proceedings. The Coalition is correct, however, that the Court must make more specific findings in order to justify keeping the filings in this case under seal.

To that end, the Coalition's motion to intervene [ECF No. 172] is **GRANTED**. *See Bond v. Utreras*, 585 F.3d 1061, 1073 (7th Cir. 2009).

If any party objects to unsealing any part of the record in this case, that party should respond to the Coalition's motion to unseal on or before **May 14, 2014**.

If any response is filed, the Coalition may file a reply brief in support of its motion on or before **May 21, 2014**.

Dated at Milwaukee, Wisconsin, this 7th day of May, 2014.

                                    **SO ORDERED:**

                                    */s/ Rudolph T. Randa*
                                    **HON. RUDOLPH T. RANDA**
                                    **U.S. District Judge**